I dissent. Even if we were to disregard the reasons given in the trial court's written order for his belief that the minor lacked sufficient maturity to be granted a waiver of parental consent, I believe there is additional evidence in the record of the minor's immaturity that would merit affirming the trial court's judgment in this regard.
"When applying the ore tenus standard of review, we will reverse a trial court's judgment only when that judgment is `plainly erroneous or manifestly unjust.'" Ex parte Anonymous, 803 So.2d 542 (Ala. 2001) (quoting Noland Co. v. Southern Dev. Co., 445 So.2d 266 (Ala. 1984)). Because I believe there is sufficient evidence to support the trial court's finding that the minor was not sufficiently mature, I cannot say that the trial court's judgment is plainly erroneous or manifestly unjust.
I would uphold the trial court's finding as to this issue; therefore, I dissent.